NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 12-277

CAMILLE LANDRY, ET AL.

VERSUS

PSA OF LAFAYETTE, LLC, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-20045188
HONORABLE EDWARD B. BROUSSARD, DISTRICT JUDGE

**********

JIMMIE C. PETERS

JUDGE

**********

Court composed of Judges Jimmie C. Peters, James T. Genovese, and John E. Conery.

MOTION TO DISMISS DENIED.

Eve Barrie Masinter
Breazeale, Sachse & Wilson
909 Poydras, Suite 1500
New Orleans, LA 70112-4004
(504) 619-1800
COUNSEL FOR DEFENDANT/APPELLEE:
    Pediatric Services of America, Inc.

**William Winfield Stagg**
**Ryan M. Goudelocke**
**Durio, McGoffin & Stagg**
**Post Office Box 51308**
**Lafayette, LA 70505**
**(337) 233-0300**
**COUNSEL FOR DEFENDANT/APPELLEE:**
        **Women's and Children's Hospital, Inc.**

**Roy Clifton Cheatwood**
**Monica Ann Frois**
**Brandy N. Sheely**
**Baker Donelson Bearman Caldwell & Berkowitz, P.C.**
**201 St. Charles Ave., #3600**
**New Orleans, LA 70170**
**(504) 566-5200**
**COUNSEL FOR DEFENDANT/APPELLEE:**
        **Pediatric Services of America, Inc.**

**John Layne Hammons**
**Annis Cornell Rushing Flournoy**
**Chaile Allen**
**Nelson & Hammons, A.P.L.C.**
**705 Milam Street**
**Shreveport, LA 71101**
**(318) 227-2401**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
        **Ryan D. Landry, et al.**

**John Michael Veron**
**J. Rock Palermo, III**
**Veron, Bice, Palermo & Wilson, L.L.C.**
**Post Office Box 2125**
**Lake Charles, LA 70602-2125**
**(337) 310-1600**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
        **Monica Ann Frois**
        **Pediatric Services of America, Inc.**

**Marc W. Judice**
**James J. Hautot, Jr.**
**Judice & Adley**
**Post Office Drawer 51769**
**Lafayette, LA 70505-1769**
**(337) 235-2405**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
        **Dr. Cong T. Vo**
        **Dr. Rosarie Josseline Belizaire**

**James Paul Lambert**
**Post Office Box 53083**
**Lafayette, LA 70505-3083**
**(337) 261-3737**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
**Camille Landry, et al.**

**Stewart Earl Niles, Jr.**
**Michelle Anne Bourque**
**Niles, Bourque & Fontana, LLC**
**909 Poydras St., 35th Floor**
**New Orleans, LA 70112**
**(504) 310-8550**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**The Administrators of the Tulane Educational Fund**

**Daniel G. Brenner**
**Eric John Miller**
**R. Preston Mansour, Jr.**
**Bolen, Parker & Brenner**
**Post Office Box  11590**
**Alexandria, LA 71315-1590**
**(318) 445-8236**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**Daniel G. Brenner**
**R. Preston Mansour, Jr.**

**Nadia Marie de la Houssaye**
**Jones, Walker, Waechter, Poitenvent, Carrère & Denègre, L.L.P.**
**Post Office Drawer 3408**
**Lafayette, LA 70502-3408**
**(337) 262-9000**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**Dr. Vasanth Nalam**
**Louisiana Patients CompensationFund**

**PETERS, Judge.**

Plaintiffs-Appellants, Camille Landry, individually and on behalf of her minor child, Tai Landry, and Ryan Landry, individually and on behalf of his minor child, Tai Landry, filed a "Joint Motion to Dismiss Appeals and All Claims Against Dr. Cong T. Vo, Dr. Rosaire Josseline Belizaire, Dr. Vasanth Nalam and the Louisiana Patient's Compensation Fund." The defendant-appellee, Pediatric Services of America, Inc. (PSA), has filed an opposition memorandum in response to the plaintiffs' limited motion to dismiss. For the reasons expressed below, we deny the opposed motion.

On November 7, 2012, this court issued its original opinion in this appeal, and its opinion on rehearing in this appeal was issued on March 20, 2013. A writ application was filed by plaintiffs with the Louisiana Supreme Court, which is currently pending. That court issued a stay of all appellate proceedings in this case pending the trial court's ruling on the plaintiffs' nullity action which was filed by the plaintiffs in the trial court and which is currently pending in that court. However, the plaintiffs filed a motion with the supreme court asking that the stay be lifted for the limited purpose of dismissing the plaintiffs' claims against the defendants mentioned in the motion *sub judice*, which motion to lift stay was granted by the supreme court for this limited purpose. Thus, plaintiffs filed their motion asking that this court dismiss their claims against the named defendants, specifically reserving their claims against PSA.

Uniform Rules—Courts of Appeal, Rule 2–8.3 provides, "Any appeal may be summarily dismissed or remanded by order of the court where there has been a joint motion filed by all interested parties or their counsel of record, which shall set forth the reason for such action and which shall be supported by appropriate

affidavits that the facts alleged are true and correct." Uniform Rules—Courts of Appeal, Rule 2–8.4 reads, "Where there has been no timely answer to the appeal, or other formal action to amend or modify the judgment appealed, the appellant may, by ex parte motion, have the appeal dismissed, with leave of court."

As stated above, this court has already issued an original opinion in this matter and also an opinion on rehearing. Clearly, Uniform Rules—Courts of Appeal, Rule 2–8.4 has no application in this instance. The subject motion was filed by counsel for plaintiffs. No affidavit was attached to this motion. Counsel for PSA has filed an opposition to this motion to dismiss; therefore, PSA obviously does not acquiesce in this motion. Uniform Rules—Courts of Appeal, Rule 2–8.3 requires that the joint motion must be filed "by all interested parties or their counsel of record" and requires that the motion "shall be supported by appropriate affidavits that the facts alleged are true and correct." We find that plaintiffs have failed to comply with Rule 2–8.3. Therefore, we deny the motion.

**MOTION TO DISMISS DENIED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.